FILED
FRONT COUNTER

2025 FEB 11  PM 12: 57

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re

Debtor(s)  *Jihoon Park*        Case No. 25-10081

Chapter  7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

\_\_\_\_  Involuntary/Voluntary Petition *[Specify reason for amendment:_____]*
      **Check if applicable:** \_\_\_ Soc. Sec. No. amended. *[If applicable:* **An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's Office on**_____.*]*

\_\_\_\_  Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
\_\_\_\_  Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
\_\_\_\_  Schedule A/B - Property
\_\_\_\_  Schedule C - The Property You Claim as Exempt
\_\_\_\_  Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
  X   Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
      *( **$34.00 fee required** if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
        \_\_\_ Creditor(s) added   \_\_\_ Creditor(s) deleted
        \_\_\_ **Change in amounts owed or classification of debt**
         X  No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]**
        \_\_\_ Post-petition creditors added (Schedule of Unpaid Debts)
      **REMINDER:  Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.
\_\_\_\_  Schedule G - Executory Contracts and Unexpired Leases
\_\_\_\_  Schedule H – Your Codebtors
\_\_\_\_  Schedule I – Your Income
\_\_\_\_  Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
*****Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

\_\_\_\_  Statement of Financial Affairs

\_\_\_\_  Statement of Intention for Individuals Filing Under Chapter 7

\_\_\_\_  Chapter 11 List of Equity Security Holders

\_\_\_\_  Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders

\_\_\_\_  Attorney's Disclosure of Compensation

\_\_\_\_  Other:_____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: _____
_____

Date: 02/11/2025                    *Ji Park*
                              _____
                              Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
                              State Bar No.:
                              Mailing Address:

[amendcs ver. 12/23]                  Telephone No.:

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | *Jihoon Park* |
| United States Bankruptcy Court for the: | *Eastern* District of *Alexandria* (State) |
| Case number (if known) | *25 - 10081* |

☒ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address <br> *Citi Card* <br> *P.O. Box 70166* <br> *Philadelpia, PA 19176 - 0166* | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | $ *9,051* | $ *9,051* |
| | Date or dates debt was incurred <br> *01/10/2025* | Basis for the claim: | | |
| | Last 4 digits of account number *1774* | Is the claim subject to offset? <br> ☐ No <br> ☒ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | | | |

| | | | | |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address <br> *American Express* <br> *P.O. Box 1270* <br> *Newark, NJ 07101 - 1270* | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | $ *105,603* | $ *105,603* |
| | Date or dates debt was incurred <br> *01/10/2025* | Basis for the claim: | | |
| | Last 4 digits of account number *2000* | Is the claim subject to offset? <br> ☐ No <br> ☒ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | | | |

| | | | | |
|---|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address <br> *US Bank* <br> *P.O. Box 790408* <br> *St. Louis MO 63179 - 0408* | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | $ ~~2,019~~ *$2,422* | $ *2,422* |
| | Date or dates debt was incurred <br> *01/10/2025* | Basis for the claim: | | |
| | Last 4 digits of account number *2013* | Is the claim subject to offset? <br> ☐ No <br> ☒ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | | | |

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**      **Priority amount**

---

**2.__ Priority creditor's name and mailing address**

$ 25,699     $ 25,699

*US Bank*
*PO. Box 79048*
*St, Louis MO 63179-0408*

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
*01/10/2025*

**Basis for the claim:**
_____

**Last 4 digits of account number** *9 3 3 1*

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.__ Priority creditor's name and mailing address**

$ 25,566     $ 25,566

*Bank of America*
*PO. Box 15019*
*Wilmington DE 20151-2477*

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
*01/10/2025*

**Basis for the claim:**
_____

**Last 4 digits of account number** *5 0 3 8*

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.__ Priority creditor's name and mailing address**

$ 3,049     $ 3,049

*Truist Bank*
*PO. Box 791622*
*Baltimore MD 21279-1622*

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
*01/12/2025*

**Basis for the claim:**
_____

**Last 4 digits of account number** *3 6 0 7*

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.__ Priority creditor's name and mailing address**

$ 20,003     $ 20,003

*Truist Bank*
*PO. Box 791622*
*Baltimore MD 21279-1622*

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
*01/12/2025*

**Basis for the claim:**
_____

**Last 4 digits of account number** *5 6 3 5*

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|---|
| | *Chase Bank*<br>*P.O. Box 6294*<br>*Carol Stream, IL 60197-6294* | | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $ *61,991.84* |
| | | | Basis for the claim: _____ | |
| | Date or dates debt was incurred *01/12/2025* | | Is the claim subject to offset? | |
| | Last 4 digits of account number *9 5 6 0* | | ☐ No<br>☒ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is:<br>Check all that apply. | $ 0 |
|---|---|---|---|---|
| | *None* | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | | ☐ No<br>☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is:<br>Check all that apply. | $ 0 |
|---|---|---|---|---|
| | | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | | ☐ No<br>☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is:<br>Check all that apply. | $ 0 |
|---|---|---|---|---|
| | | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | | ☐ No<br>☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is:<br>Check all that apply. | $ 0 |
|---|---|---|---|---|
| | | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | | ☐ No<br>☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is:<br>Check all that apply. | $ 0 |
|---|---|---|---|---|
| | | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | | ☐ No<br>☐ Yes | |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___    **Nonpriority creditor's name and mailing address**

None

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ _____ 0 _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.___    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0 _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.___    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0 _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.___    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0 _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.___    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0 _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Citi Card<br>P.o. Box 70166<br>Philadephia, PA 19176-0166 | Line _____<br>☐ Not listed. Explain _____ | 1 7 7 4 |
| 4.2. | American Express<br>P.o. Box 1270<br>Newark, NJ 07101-1270 | Line _____<br>☐ Not listed. Explain _____ | 2 0 0 0 |
| 4.3. | US Bank<br>P.o. Box 790408<br>St. Louis MO 63179-0408 | Line _____<br>☐ Not listed. Explain _____ | 3 0 1 3 |
| 4.4. | Us Bank<br>P.O. Box 790408<br>St. Louis MO 63179-0408 | Line _____<br>☐ Not listed. Explain _____ | 9 3 3 1 |
| 4.1 | Bank of America<br>P.o. Box 15019<br>Wilmington, DE 20151-2477 | Line _____<br>☐ Not listed. Explain _____ | 5 0 3 8 |
| 4.5. | Truist Bank<br>P.o. Box 791622<br>Baltimore, MD 21279-1622 | Line _____<br>☐ Not listed. Explain _____ | 3 6 0 7 |
| 4.6. | Truist Bank<br>P.o. Box 791622<br>Baltimore, MD 21279-1622 | Line _____<br>☐ Not listed. Explain _____ | 5 6 3 5 |
| 4.7. | Chase Bank<br>P.o. Box 6294<br>Carol Stream, IL 60197-6294 | Line _____<br>☐ Not listed. Explain _____ | 9 5 6 0 |
| 4.8. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

*None*

Name _____

Number     Street _____

_____

City _____ State _____ ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claim

**Last 4 digits of account number** ___ ___ ___ ___

Name _____

Number     Street _____

_____

City _____ State _____ ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name _____

Number     Street _____

_____

City _____ State _____ ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name _____

Number     Street _____

_____

City _____ State _____ ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name _____

Number     Street _____

_____

City _____ State _____ ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name _____

Number     Street _____

_____

City _____ State _____ ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name _____

Number     Street _____

_____

City _____ State _____ ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ *None* | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |

Official Form

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | *253,384* |
| 5b. **Total claims from Part 2** | 5b. + | $ | *0* |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | | *$253,384* |

**Fill in this information to identify your case:**

Debtor 1    _Jihoon_    _Park_
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Eastern District of Virginia

Case number    _25 - 10081_
(If known)

☒ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _Ji Park_                          X _____
Signature of Debtor 1                 Signature of Debtor 2

Date _02/11/2025_                     Date _____
     MM / DD / YYYY                        MM / DD / YYYY