Consideration $ 1,235,000.00
Assessed Value: $ 918,850.00
Tax Map No: 055-1-09-0603
Grantee Address:
4619 Granite Rock Court
Chantilly, VA 20151

Document Prepared by:
S&T Law Group, PLLC
Toula Dreifuss, Esq. VSB #65513
8116 Arlington Boulevard, #249
Falls Church, VA 22042
PTG File No. 3-24-40452
Title Insurer: First American Title Insurance Co

**This Deed** made this _September 30_, 2024, by and between **CHRISTOPHER J. DILLON, Successor Trustee**, of the ROBERT L. DILLON TRUST dated July 26, 1999, amended and restated March 10, 2022, (previously having been amended and restated May 12, 2014), known of record as the ROBERT DILLON IRREVOCABLE TRUST dated May 12, 2014, party of the first part ("Grantor"); and **JONG KIM** and **JIHOON PARK**, a married couple, party of the second part ("Grantee").

## -Witnesseth-

**That for and in consideration** of the sum of Ten Dollars ($10.00), and other good and valuable consideration, receipt of which is hereby acknowledged, the Grantor does hereby grant, bargain, sell and convey, in fee simple, with General Warranty and English Covenants of title, unto the Grantee, as tenants by the entirety with full common law rights of survivorship, all the following described lot or parcel of land together with improvements thereon, situate, lying and being in the County of Fairfax, Commonwealth of Virginia:

> Lot 603, Section 6A, Poplar Tree Estates, as per Deed of Dedication recorded in Deed Book 5903, at Page 641, among the land records of Fairfax County, Virginia.
>
> AND BEING the same property conveyed to Robert L. Dillon, Trustee under the Robert Dillon Irrevocable Trust dated May 12, 2014, by Deed of Gift dated May 12, 2014, recorded July 31, 2014, in Deed Book 23745 at Page 1269, among the aforementioned land records. Robert L. Dillon

1

Exhibit "A"

departed this life on May 10, 2024, and pursuant to the terms of the Trust Agreement, Christopher J. Dillon was appointed as Successor Trustee.

**This conveyance** is made expressly subject to the easements, conditions, restrictions, and rights-of-way of record contained in the instruments forming the chain of title to the property conveyed herein and to matters visible upon inspection.

**The said Grantor** covenants that they have the right to convey the said land to the said Grantee; that they have done no act to encumber the same; that the Grantee shall have quiet possession of the said land; free from all encumbrances except mentioned herein, and that the said Grantor will execute such further assurances of the land as may be requisite.

**Witness** the following signature and seal.

> **The ROBERT L. DILLON TRUST dated July 26, 1999, amended and restated March 10, 2022**
>
> _____ Successor Trustee (SEAL)
> Christopher J. Dillon, Successor Trustee

State of _Virginia_ )
County of _Loudoun_ ) to wit:

The foregoing deed was acknowledged before me on _September 30_, 2024 by Christopher J. Dillon, Successor Trustee of the ROBERT L. DILLON TRUST dated July 26, 1999, amended and restated March 10, 2022.

John Coury Macdonald
Commonwealth of Virginia
Notary Public
Commission No. 7518530
My Commission Expires 5/31/2028

Notary Public
Reg #: _7518530_
My commission expires: _May 31, 2028_

[SEAL]

2

**Exhibit "A"**

After recording, please return to:
**Potomac Title Group Services**
Attn: Marti Watson
11320 Random Hills Road, Suite 120
Fairfax, VA 22030

3

10/01/2024
RECORDED FAIRFAX CO VA
TESTE:
CLERK

Exhibit "A"