**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **JIHOON PARK,** | * | **Case No. 25-10081-BFK** |
| | * | Chapter 7 |
| Debtor. | * | |

**NOTICE OF MOTION FOR AUTHORITY TO CONDUCT**
**RULE 2004 EXAMINATION OF TD BANK, N.A.**
**AND DEADLINE FOR FILING OPPOSITION THERETO**

Donald F. King, Trustee ("**Trustee**"), by counsel, filed his Motion for Authority to Conduct a Rule 2004 Examination of TD Bank, N.A. ("**Motion**"). A copy of the Motion and proposed order are attached to this Notice for mailed service. The Motion and proposed order can also be found on the case docket at Docket No. 71.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**DEADLINE FOR OBJECTIONS**: In accordance with LBR 2004-1(B), you have **seven (7) days**, from the date of service of this Notice to file objections to the Motion. **Unless a written objection to the Motion is filed with the Clerk of the Court and served on the Trustee's attorney by the date specified, the Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. The address for the Court is as follows:

> Clerk of the Court
> U.S. Bankruptcy Court
> 200 South Washington Street
> Alexandria, Virginia 22314

☒    A copy of any written response must be mailed to the following person:

---

Bandar K. Al-Saif (VSB No. 100059)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Tel:    703-218-2144
Fax:    703-218-2160
Email:  Bandar.Al-Saif@ofplaw.com

*Counsel for Trustee*

        Bandar K. Al-Saif
        Odin Feldman Pittleman PC
        1775 Wiehle Avenue, Suite 400
        Reston, Virginia 20190

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

        **DONALD F. KING, TRUSTEE**
        By Counsel

**/s/ *Bandar K. Al-Saif***
**Bandar K. Al-Saif (VSB No. 100059)**
**ODIN FELDMAN PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Tel:    703-218-2144**
**Fax:   703-218-2160**
**Email:  Bandar.Al-Saif@ofplaw.com**

*Counsel for Trustee*

## CERTIFICATE OF SERVICE

I certify that on April 29, 2025, this Notice, Motion, and proposed order were served (i) via Notice of Electronic Filing upon all registered users in this case pursuant to this Court's CM/ECF policy; (ii) via email to Office of the U.S. Trustee at ustpregion04.ax.ecf@usdoj.gov, (iii) via certified mail return receipt requested to TD Bank, N.A., 1701 Marlton Pike E, Cherry Hill, NJ 08003; and (iv) via U.S. mail, first-class postage prepaid upon the following:

Jihoon Park
4619 Granite Rock Ct.
Chantilly VA 20151

James Yim Victory
Hanmi Center for Justice
4216 Evergreen Ln. #131
Annandale, VA 22003

        */s/ Bandar K. Al-Saif*
        Bandar K. Al-Saif

#6376320v1